THE DÉCOR GROUP, INC. d/b/a NITE TIME DÉCOR,

v.

THE TORO COMPANY

# Exhibit A

TO

NITE TIME DÉCOR's COMPLAINT

FOR DECLARATORY RELIEF UNDER

28 U.S.C. §§ 2201, 2202

# Exhibit A

## (12) United States Design Patent
### Mullen

(10) Patent No.:  **US D495,079 S**
(45) Date of Patent: ★★  **Aug. 24, 2004**

(54) **PULSAR LIGHTING FIXTURE**

(76) Inventor: **Nate Mullen**, 1240 Simpson Way, Escondido, CA (US) 92029

(**) Term: **14 Years**

(21) Appl. No.: **29/183,384**

(22) Filed: **Jun. 11, 2003**

(51) **LOC (7) Cl.** .................................................. **26-05**
(52) **U.S. Cl.** ....................................... **D26/63**; D26/67
(58) **Field of Search** ..................... D26/60–72, 82–85, D26/87–90, 92; 362/153, 153.1, 267, 269, 281, 285, 287, 418, 419, 427, 430

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,270,192 A | * | 8/1966 | Watson | 362/293 |
| 4,238,816 A | * | 12/1980 | Merlo | 362/279 |
| D286,682 S | * | 11/1986 | Greenlee | D26/63 |
| 5,599,091 A | * | 2/1997 | Kira | 362/269 |
| 5,651,606 A | * | 7/1997 | Krogman | 362/96 |
| D385,638 S | * | 10/1997 | Bonnette et al. | D26/62 |
| 5,713,662 A | * | 2/1998 | Kira | 362/427 |
| D392,067 S | * | 3/1998 | Morrow et al. | D26/65 |
| D417,519 S | * | 12/1999 | Cutler | D26/63 |
| D473,669 S | * | 4/2003 | Hille et al. | D26/63 |

* cited by examiner

*Primary Examiner*—Clare Heflin
(74) *Attorney, Agent, or Firm*—Joseph A. Yanny; Michael A. DiNardo; Stacie J. Sundquist

(57) **CLAIM**

The ornamental design for a pulsar lighting fixture, as shown.

### DESCRIPTION

FIG. 1 presents a perspective view of the pulsar lighting fixture of the present invention.
FIG. 2 presents a front view of the pulsar lighting fixture of the present invention.
FIG. 3 presents a top view of the pulsar lighting fixture of the present invention.
FIG. 4 presents a bottom view of the pulsar lighting fixture of the present invention.
FIG. 5 presents a left side view of the pulsar lighting fixture of the present invention; and,
FIG. 6 presents a right side view of the pulsar lighting fixture of the present invention.

**1 Claim, 3 Drawing Sheets**






FIGURE 1



FIGURE 2



FIGURE 3



FIGURE 4



FIGURE 5



FIGURE 6

US00D519662S

(12) **United States Design Patent**  (10) Patent No.:     **US D519,662 S**
Mullen                                   (45) Date of Patent:  ** Apr. 25, 2006

(54) **PROBE LIGHTING FIXTURE**

(76) Inventor:  **Nate Mullen**, 1240 Simpson Way, Escondido, CA (US) 92029

(**) Term: **14 Years**

(21) Appl. No.: **29/183,348**

(22) Filed: **Jun. 11, 2003**

(51) **LOC (8) Cl.** .................................................. **26-05**
(52) **U.S. Cl.** ........................................ **D26/61**; D26/63
(58) **Field of Classification Search** ............ D26/60–66,
    D26/72, 82–90, 138; 362/153, 153.1, 267,
    362/269, 281, 285, 287, 418, 419, 427, 430
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,270,192 | A | * | 8/1966 | Watson | 362/293 |
| D232,655 | S | * | 9/1974 | Aulenti | D26/63 |
| D232,656 | S | * | 9/1974 | Aulenti | D26/63 |
| 5,599,091 | A | * | 2/1997 | Kira | 362/269 |
| D385,638 | S | * | 10/1997 | Bonnette et al. | D26/62 |
| D410,295 | S | * | 5/1999 | Lueken et al. | D26/74 |
| D414,579 | S | * | 9/1999 | Denison et al. | D26/68 |
| D417,519 | S | * | 12/1999 | Cutler | D26/63 |
| D473,669 | S | * | 4/2003 | Hille et al. | D26/63 |
| D495,079 | S | * | 8/2004 | Mullen | D26/63 |

* cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP

(57) **CLAIM**

The ornamental design for the probe lighting fixture, as shown.

**DESCRIPTION**

An article embodying the design as shown in the present application is in the nature of an electrical lighting fixture for use in lighting systems, particularly in landscape lighting systems.

FIG. **1** presents a perspective view of the probe lighting fixture of the present invention.

FIG. **2** presents a front view of the probe lighting fixture of the present invention.

FIG. **3** presents a top view of the probe lighting fixture of the present invention.

FIG. **4** presents a bottom view of the probe lighting fixture of the present invention.

FIG. **5** presents a left side view of the probe lighting fixture of the present invention; and,

FIG. **6** presents a right side view of the probe lighting fixture of the present invention.

**1 Claim, 3 Drawing Sheets**





U.S. Patent   Apr. 25, 2006   Sheet 1 of 3   US D519,662 S



FIGURE 1



FIGURE 2



FIGURE 3



FIGURE 4



FIGURE 5



FIGURE 6

US00D590979S

| (12) | United States Design Patent | (10) Patent No.: | **US D590,979 S** |
|---|---|---|---|
| | Mullen | (45) Date of Patent: | ** Apr. 21, 2009 |

(54) **LIGHT FIXTURE**

(76) Inventor: **Nate Mullen**, 1240 Simpson Way, Escondido, CA (US) 92029

(**) Term: **14 Years**

(21) Appl. No.: **29/322,308**

(22) Filed: **Aug. 1, 2008**

(51) **LOC (9) Cl.** ................................ **26-05**
(52) **U.S. Cl.** .................................... **D26/63**
(58) **Field of Classification Search** ........... D26/61–67, D26/83, 86, 87, 89, 128; 362/147, 237, 238, 362/250, 282, 283, 285, 287, 288, 371, 426, 362/648
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D172,522 | S | * | 6/1954 | Stone | D26/63 |
| 3,270,192 | A | * | 8/1966 | Watson | 362/293 |
| D370,069 | S | * | 5/1996 | Mier-Langner et al. | D26/63 |
| 5,651,606 | A | * | 7/1997 | Krogman | 362/96 |
| D495,079 | S | * | 8/2004 | Mullen | D26/63 |
| D518,909 | S | * | 4/2006 | Mullen | D26/61 |
| D519,662 | S | * | 4/2006 | Mullen | D26/61 |
| D560,838 | S | * | 1/2008 | Monroe et al. | D26/63 |

* cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP

(57) **CLAIM**

The ornamental design for a light fixture, as shown.

**DESCRIPTION**

FIG. 1 is a right perspective view of a light fixture embodying my new design;

FIG. 2 is a left perspective view of a light fixture embodying my new design;

FIG. 3 is a front view of a light fixture embodying my new design;

FIG. 4 is a rear view of a light fixture embodying my new design;

FIG. 5 is a left side view of a light fixture embodying my new design;

FIG. 6 is a right side view of a light fixture embodying my new design;

FIG. 7 is a top view of a light fixture embodying my new design; and,

FIG. 8 is a bottom view of a light fixture embodying my new design.

1 Claim, 3 Drawing Sheets






FIG. 2

FIG. 1

FIG. 3



FIG. 4

FIG. 5

FIG. 6



FIG. 7



FIG. 8