THE DÉCOR GROUP, INC. d/b/a NITE TIME DÉCOR,

v.

THE TORO COMPANY

# Exhibit C

TO

NITE TIME DÉCOR's COMPLAINT

FOR DECLARATORY RELIEF UNDER

28 U.S.C. §§ 2201, 2202

# Exhibit C

# Merchant & Gould
### An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchantgould.com

A Professional Corporation

Direct Contact | **612.371.5208**
**Anthony R. Zeuli, Esq.**
**tzeuli@merchantgould.com**

September 17, 2013

Blake Smith                                    **SENT VIA UPS**
The Décor Group d/b/a
Nite Time Décor
709 E. 44th Street,
Lubbock, TX 79404

       Re: Notice of Patent Infringement

Dear Mr. Smith,

       We represent The Toro Company.  It has come to our attention that The Décor Group d/b/a Nite Time Décor ("NTD") is importing, using, selling and offering for sale several outdoor lighting fixtures that are knockoffs of Toro's most popular outdoor lighting products. As a former OEM customer, NTD's conduct is particularly egregious and willful. For example, NTD's SPOT-CB fixture is a clear knockoff of Toro's patented Pulsar fixture. NTD has purchased and sold the patented Pulsar fixture for many years, with knowledge of Toro's patent, before cutting out Toro and importing and selling these copies. We also believe that NTD may be selling knockoff products under the following product numbers, which would be covered by the enclosed additional Toro patents:

                2007001403
                2007102403
                2008301403
                2008331403
                2009311403

We demand that on or before October 1, NTD confirm in writing the following:

1) It and its franchisees have ceased all importation into the U.S. of knockoff fixtures.
2) It and its franchisees have ceased all offers for sale and sales of these fixtures.
3) These fixtures are removed from NTD's website and the web sites of its franchisees.
4) It will provide an accounting of all such fixtures imported into the U.S.
5) It will provide an accounting of the gross, net and profit from the sale of each such fixture.

Atlanta | Denver | Knoxville | Madison | Minneapolis | New York | Seattle | Washington DC

Blake Smith
September 17, 2013
Page 2


    To ensure that this matter is taken seriously, we have filed the attached lawsuit in the federal court in California. A courtesy copy is enclosed.  We are not serving the complaint on you at this time. It is our preference to resolve this matter without further litigation costs. We look forward to your prompt response.

Sincerely,

Anthony R. Zeuli

ARZ:cmh

Enclosures:    Complaint with Exhibit
              U.S. Patent Nos.:  D590,979, D563,588, D551,789,
              D550,877, D519,662, D518,909



US00D550877S

(12) **United States Design Patent**
Mullen

(10) Patent No.: **US D550,877 S**
(45) Date of Patent: ** **Sep. 11, 2007**

(54) **LIGHT FIXTURE**

(76) Inventor: **Nate Mullen**, 1240 Simpson Way, Escondido, CA (US) 92029

(**) Term: **14 Years**

(21) Appl. No.: **29/254,042**

(22) Filed: **Feb. 16, 2006**

(51) **LOC (8) Cl.** .................................................. **26-05**
(52) **U.S. Cl.** ........................................ **D26/63**; D26/68
(58) **Field of Classification Search** ................ D26/63,
D26/67–71; 362/183, 145, 152, 153, 153.1,
362/266, 267, 269, 275, 287, 415, 431
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D308,111 | S | * | 5/1990 | Banathy et al. | .............. D26/68 |
| D319,891 | S | * | 9/1991 | Giese | ......................... D26/67 |
| 5,086,379 | A | * | 2/1992 | Denison et al. | ............. 362/145 |
| D360,962 | S | * | 8/1995 | Cornell et al. | ............... D26/67 |
| 5,584,574 | A | * | 12/1996 | Haddad | ..................... 362/359 |
| 5,988,833 | A | * | 11/1999 | Giese et al. | ................ 362/287 |
| D424,731 | S | * | 5/2000 | Landefeld | ................... D26/68 |
| D437,071 | S | * | 1/2001 | Andrus et al. | .............. D26/63 |
| D542,959 | S | * | 5/2007 | Yao | ............................ D26/68 |

* cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP

(57) **CLAIM**

The ornamental design for a light fixture, as shown.

**DESCRIPTION**

FIG. 1 is a perspective view of the light fixture embodying the new design;
FIG. 2 is a front view of the present invention;
FIG. 3 is a back view of the present invention;
FIG. 4 is a left side view of the present invention;
FIG. 5 is a right side view of the present invention;
FIG. 6 is a top view of the present invention; and,
FIG. 7 is a bottom view of the light fixture.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**          Sep. 11, 2007          Sheet 1 of 3          US D550,877 S



FIG. 1



FIG. 2

**U.S. Patent**      Sep. 11, 2007      Sheet 2 of 3      US D550,877 S



FIG. 3



FIG. 4

**U.S. Patent**      Sep. 11, 2007      Sheet 3 of 3      US D550,877 S



FIG. 5



FIG. 6



FIG. 7

US00D551789S

(12) **United States Design Patent** (10) Patent No.:     **US D551,789 S**

Mullen                                      (45) Date of Patent:     ** **Sep. 25, 2007**

(54) **LIGHT FIXTURE**

(76) Inventor:  **Nate Mullen,** 1240 Simpson Way, Escondido, CA (US) 92029

(**) Term:   **14 Years**

(21) Appl. No.: **29/254,031**

(22) Filed:   **Feb. 16, 2006**

(51) **LOC (8) Cl.** ................................................ **26-05**

(52) **U.S. Cl.** ........................................ **D26/63; D26/68**

(58) **Field of Classification Search** ................ D26/63, D26/67–71; 362/183, 145, 152, 153, 153.1, 362/266, 267, 269, 275, 287, 415, 431
See application file for complete search history.

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| D308,111 S | * | 5/1990 | Banathy et al. | .............. | D26/68 |
| D319,891 S | * | 9/1991 | Giese | .......................... | D26/67 |
| 5,086,379 A | * | 2/1992 | Denison et al. | ............. | 362/145 |
| D360,962 S | * | 8/1995 | Cornell et al. | .............. | D26/67 |
| D370,070 S | * | 5/1996 | Kay | ............................. | D26/67 |
| 5,584,574 A | * | 12/1996 | Haddad | ...................... | 362/359 |

| D414,579 S | * | 9/1999 | Denison et al. | .............. | D26/68 |
| 5,988,833 A | * | 11/1999 | Giese et al. | ................. | 362/287 |
| 6,612,720 B1 | * | 9/2003 | Beadle | ...................... | 362/287 |
| D542,959 S | * | 5/2007 | Yao et al. | ................... | D26/68 |

* cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP

(57)          **CLAIM**

The ornamental design for a light fixture, as shown.

**DESCRIPTION**

FIG. **1** is a perspective view of the light fixture embodying the new design;

FIG. **2** is a front view of the present invention;

FIG. **3** is a back view of the present invention;

FIG. **4** is a right side view of the present invention;

FIG. **5** is a left side view of the present invention;

FIG. **6** is a top view of the present invention; and,

FIG. **7** is a bottom view of the light fixture.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**      Sep. 25, 2007      Sheet 1 of 3          US D551,789 S



FIG. 1



FIG. 2

**U.S. Patent**      Sep. 25, 2007      Sheet 2 of 3      US D551,789 S



FIG. 3



FIG. 4

**U.S. Patent**      Sep. 25, 2007      Sheet 3 of 3      US D551,789 S



FIG. 5



FIG. 6



FIG. 7

US00D495079S1

(12) **United States Design Patent**
Mullen

(10) Patent No.: **US D495,079 S**

(45) Date of Patent: ** **Aug. 24, 2004**

(54) PULSAR LIGHTING FIXTURE

(76) Inventor: Nate Mullen, 1240 Simpson Way, Escondido, CA (US) 92029

(**) Term: 14 Years

(21) Appl. No.: 29/183,384

(22) Filed: Jun. 11, 2003

(51) LOC (7) Cl. .................................................... 26-05

(52) U.S. Cl. ......................................... D26/63; D26/67

(58) Field of Search ......................... D26/60–72, 82–85, D26/87–90, 92; 362/153, 153.1, 267, 269, 281, 285, 287, 418, 419, 427, 430

(56) References Cited

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,270,192 A | * | 8/1966 | Watson | 362/293 |
| 4,238,816 A | * | 12/1980 | Merlo | 362/279 |
| D286,682 S | * | 11/1986 | Greenlee | D26/63 |
| 5,599,091 A | * | 2/1997 | Kira | 362/269 |
| 5,651,606 A | * | 7/1997 | Krogman | 362/96 |
| D385,638 S | * | 10/1997 | Bonnette et al. | D26/62 |
| 5,713,662 A | * | 2/1998 | Kira | 362/427 |
| D392,067 S | * | 3/1998 | Morrow et al. | D26/65 |
| D417,519 S | * | 12/1999 | Cutler | D26/63 |

| | | | | |
|---|---|---|---|---|
| D473,669 S | * | 4/2003 | Hille et al. | D26/63 |

* cited by examiner

*Primary Examiner*—Clare Heflin

(74) *Attorney, Agent, or Firm*—Joseph A. Yanny; Michael A. DiNardo; Stacie J. Sundquist

(57) **CLAIM**

The ornamental design for a pulsar lighting fixture, as shown.

**DESCRIPTION**

FIG. 1 presents a perspective view of the pulsar lighting fixture of the present invention.

FIG. 2 presents a front view of the pulsar lighting fixture of the present invention.

FIG. 3 presents a top view of the pulsar lighting fixture of the present invention.

FIG. 4 presents a bottom view of the pulsar lighting fixture of the present invention.

FIG. 5 presents a left side view of the pulsar lighting fixture of the present invention; and,

FIG. 6 presents a right side view of the pulsar lighting fixture of the present invention.

1 Claim, 3 Drawing Sheets





Exhibit A, Page 6

**U.S. Patent**      Aug. 24, 2004      Sheet 1 of 3      **US D495,079 S**



FIGURE 1



FIGURE 2

Exhibit A, Page 7

**U.S. Patent**       Aug. 24, 2004       Sheet 2 of 3       US D495,079 S



# FIGURE 3



# FIGURE 4

Exhibit A. Page 8



FIGURE 5



FIGURE 6

Exhibit A. Page 8



US00D563588S

(12) **United States Design Patent**          (10) Patent No.:          **US D563,588 S**
    Mullen                                     (45) Date of Patent:      **  **   **Mar. 4, 2008**

(54)  **LIGHT FIXTURE**

(76)  Inventor:  Nate Mullen, 1240 Simpson Way,
                 Escondido, CA (US) 92029

(**)  Term:     **14 Years**

(21)  Appl. No.: 29/254,070

(22)  Filed:    **Feb. 16, 2006**

(51)  **LOC (8) Cl.** ................................... **26-03**
(52)  **U.S. Cl.** ........................................ **D26/85**; D26/89
(58)  **Field of Classification Search** ................ D26/72,
                 D26/85–92, 37;  362/147, 431, 432, 362,
                                          362/155–157
      See application file for complete search history.

(56)                 **References Cited**

              U.S. PATENT DOCUMENTS

      D283,555  S  *  4/1986  Levi ............................ D26/85
      D346,869  S  *  5/1994  Houssian ..................... D26/26
      D378,621  S  *  3/1997  Landefeld ................... D26/85

      D393,095  S  *  3/1998  Fiorato ....................... D26/85
      D505,739  S  *  5/2005  Hajianpour ................. D26/37

* cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP

(57)                    **CLAIM**

The ornamental design for a light fixture, as shown and
described.

                    **DESCRIPTION**

FIG. **1** is a perspective view of the light fixture embodying
the new design;

FIG. **2** is a front view of the present invention;

FIG. **3** is a back view of the present invention;

FIG. **4** is a side view of the present invention, the other side
view being a mirror image of this side view as shown; and,

FIG. **5** is a top view of the light fixture.

            **1 Claim, 2 Drawing Sheets**







FIG. 1



FIG. 2



FIG. 3

**U.S. Patent**          Mar. 4, 2008          Sheet 2 of 2          US D563,588 S



FIG. 4



FIG. 5

US00D519662S

(12) **United States Design Patent**   (10) Patent No.:     **US D519,662 S**
    Mullen                                (45) Date of Patent:     ** **Apr. 25, 2006**

(54) **PROBE LIGHTING FIXTURE**

(76) Inventor: **Nate Mullen**, 1240 Simpson Way,
                Escondido, CA (US) 92029

(**) Term: **14 Years**

(21) Appl. No.: **29/183,348**

(22) Filed:     **Jun. 11, 2003**

(51) LOC (8) Cl. .................................................. **26-05**
(52) U.S. Cl. ........................................ **D26/61**; D26/63
(58) Field of Classification Search ............ D26/60–66,
                D26/72, 82–90, 138; 362/153, 153.1, 267,
                362/269, 281, 285, 287, 418, 419, 427, 430
        See application file for complete search history.

(56)              **References Cited**

            U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,270,192 | A | * | 8/1966 | Watson ........................ 362/293 |
| D232,655 | S | * | 9/1974 | Aulenti ........................ D26/63 |
| D232,656 | S | * | 9/1974 | Aulenti ........................ D26/63 |
| 5,599,091 | A | * | 2/1997 | Kira ........................... 362/269 |
| D385,638 | S | * | 10/1997 | Bonnette et al. ............ D26/62 |
| D410,295 | S | * | 5/1999 | Lueken et al. ............... D26/74 |
| D414,579 | S | * | 9/1999 | Denison et al. ............. D26/68 |
| D417,519 | S | * | 12/1999 | Cutler ........................ D26/63 |
| D473,669 | S | * | 4/2003 | Hille et al. ................. D26/63 |
| D495,079 | S | * | 8/2004 | Mullen ........................ D26/63 |

* cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP

(57)              **CLAIM**

The ornamental design for the probe lighting fixture, as
shown.

            **DESCRIPTION**

An article embodying the design as shown in the present
application is in the nature of an electrical lighting fixture for
use in lighting systems, particularly in landscape lighting
systems.

FIG. **1** presents a perspective view of the probe lighting
fixture of the present invention.

FIG. **2** presents a front view of the probe lighting fixture of
the present invention.

FIG. **3** presents a top view of the probe lighting fixture of the
present invention.

FIG. **4** presents a bottom view of the probe lighting fixture
of the present invention.

FIG. **5** presents a left side view of the probe lighting fixture
of the present invention; and,

FIG. **6** presents a right side view of the probe lighting fixture
of the present invention.

            1 Claim, 3 Drawing Sheets



**U.S. Patent**      Apr. 25, 2006      Sheet 1 of 3      US D519,662 S



FIGURE 1



FIGURE 2



FIGURE 3



FIGURE 4



FIGURE 5



FIGURE 6

US00D518909S

(12) **United States Design Patent**    (10) Patent No.:     **US D518,909 S**

Mullen    (45) Date of Patent:    ∗∗ Apr. 11, 2006

(54) **BIG BANG LIGHTING FIXTURE**

(76) Inventor: **Nate Mullen**, 1240 Simpson Way,
Escondido, CA (US) 92029

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/183,364**

(22) Filed: **Jun. 11, 2003**

(51) LOC (8) Cl. .................................................. **26-05**

(52) U.S. Cl. ........................................ **D26/61**; D26/63

(58) **Field of Classification Search** ............ D26/60–66,
D26/72, 82–90, 138; 362/153, 153.1, 267,
362/269, 281, 285, 287, 418, 419, 427, 430
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D151,309 S | ∗ | 10/1948 | Witte | D26/63 |
| D172,522 S | ∗ | 6/1954 | Stone | D26/63 |
| D173,139 S | ∗ | 10/1954 | Black | D26/63 |
| D175,528 S | ∗ | 9/1955 | Atkin | D26/63 |
| D232,655 S | ∗ | 9/1974 | Aulenti | D26/63 |
| D232,656 S | ∗ | 9/1974 | Aulenti | D26/63 |
| D414,579 S | ∗ | 9/1999 | Denison et al. | D26/68 |
| D495,079 S | ∗ | 8/2004 | Mullen | D26/63 |

∗ cited by examiner

*Primary Examiner*—Clare E Heflin
(74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP

(57) **CLAIM**

The ornamental design for the big bang lighting fixture, as shown.

**DESCRIPTION**

An article embodying the design as shown in the present application is in the nature of an electrical lighting fixture for use in lighting systems, particularly in landscape lighting systems.

FIG. **1** presents a perspective view of the big bang lighting fixture of the present invention.

FIG. **2** presents a front view of the big bang lighting fixture of the present invention.

FIG. **3** presents a top view of the big bang lighting fixture of the present invention.

FIG. **4** presents a bottom view of the big bang lighting fixture of the present invention.

FIG. **5** presents a left side view of the big bang lighting fixture of the present invention; and,

FIG. **6** presents a right side view of the big bang lighting fixture of the present invention.

1 Claim, 3 Drawing Sheets




**U.S. Patent**   Apr. 11, 2006   Sheet 1 of 3   US D518,909 S



FIGURE 1



FIGURE 2

**U.S. Patent**     Apr. 11, 2006     Sheet 2 of 3     US D518,909 S



FIGURE 3



FIGURE 4



FIGURE 5



FIGURE 6



US00D590979S

(12) **United States Design Patent**     (10) Patent No.:     **US D590,979 S**

Mullen                                    (45) Date of Patent:     ✶✶ **Apr. 21, 2009**

(54)  **LIGHT FIXTURE**

(76)  Inventor:  **Nate Mullen**, 1240 Simpson Way,
                 Escondido, CA (US) 92029

(✶✶)  Term:     **14 Years**

(21)  Appl. No.:  **29/322,308**

(22)  Filed:     **Aug. 1, 2008**

(51)  **LOC (9) Cl.**  .................................................  **26-05**
(52)  **U.S. Cl.**  ....................................................,.....  **D26/63**
(58)  **Field of Classification Search**  ............  D26/61–67,
                 D26/83, 86, 87, 89, 128; 362/147, 237, 238,
                 362/250, 282, 283, 285, 287, 288, 371, 426,
                                                          362/648
      See application file for complete search history.

(56)                   **References Cited**

               U.S. PATENT DOCUMENTS

       D172,522  S  *  6/1954  Stone  .........................  D26/63
       3,270,192  A  *  8/1966  Watson  .......................  362/293
       D370,069  S  *  5/1996  Mier-Langner et al.  ......  D26/63
       5,651,606  A  *  7/1997  Krogman  .....................  362/96
       D495,079  S  *  8/2004  Mullen  ........................  D26/63
       D518,909  S  *  4/2006  Mullen  ........................  D26/61
       D519,662  S  *  4/2006  Mullen  ........................  D26/61

       D560,838  S  *  1/2008  Monroe et al.  ...............  D26/63
       * cited by examiner

       *Primary Examiner*—Clare E Heflin
       (74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP

(57)                       **CLAIM**

       The ornamental design for a light fixture, as shown.

                        **DESCRIPTION**

       FIG. **1** is a right perspective view of a light fixture embodying
       my new design;

       FIG. **2** is a left perspective view of a light fixture embodying
       my new design;

       FIG. **3** is a front view of a light fixture embodying my new
       design;

       FIG. **4** is a rear view of a light fixture embodying my new
       design;

       FIG. **5** is a left side view of a light fixture embodying my new
       design;

       FIG. **6** is a right side view of a light fixture embodying my new
       design;

       FIG. **7** is a top view of a light fixture embodying my new
       design; and,

       FIG. **8** is a bottom view of a light fixture embodying my new
       design.

                   **1 Claim, 3 Drawing Sheets**







FIG. 1

FIG. 2

FIG. 3



FIG. 4

FIG. 5

FIG. 6



FIG. 7



FIG. 8